**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL QUIROGA, | )  Case No.: 1:11cv00989 AWI DLB (PC) |
| Plaintiff, | ) |
| v. | )  ORDER DENYING PLAINTIFF'S |
| | )  MOTION FOR COURT REVIEW |
| BARRY GREEN, et al., | ) |
| | )  (Document 36) |
| Defendants. | ) |
| | ) |

Plaintiff Manuel Quiroga ("Plaintiff"), a prisoner proceeding pro se and in forma pauperis, filed this civil rights action on June 5, 2011.  Pursuant to the Court's August 24, 2012, order, Plaintiff filed a First Amended Complaint on September 17, 2012.  This action is proceeding against Defendant Barry Green for violation of the Eighth Amendment.

Pursuant to the August 29, 2013, Discovery and Scheduling Order, the discovery cut-off was January 27, 2014.

On January 27, 2014, Plaintiff filed a Motion to Compel Defendant to provide "adequate responses" to his first set of interrogatories.  Plaintiff provided no further information in the motion and the Court denied the motion without prejudice on March 14, 2014.

Also on March 14, 2014, Plaintiff filed a document entitled, "Request for Court Review." The motion requests the following:

> Request for court review of attached interrogatory and responses to establish basis for a full jury trial to gain direct and verifiable answers to petitioner's inquiries not answered via interrogatory formally request trial date set, either by this court or by the attorney general who is in receipt of all documentation.

To the extent that Plaintiff seeks an order compelling Defendants to respond to discovery, his motion is again deficient in that it does not identify what discovery is at issue, or why Plaintiff believes it to be deficient. Although Plaintiff states that discovery is attached, there were no attachments submitted with the motion.

Insofar as Plaintiff requests that the Court set a trial date, Plaintiff is advised that this action will not proceed to trial until any and all dispositive motions have been decided. The deadline to file dispositive motions is March 27, 2014.

Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated:   **March 20, 2014**                                     /s/ Dennis L. Beck
                                                    UNITED STATES MAGISTRATE JUDGE

2