# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL QUIROGA,<br><br>                     Plaintiff,<br><br>          v.<br><br>BARRY GREEN, et al.,<br><br>                     Defendants. | Case No.: 1:11cv00989 AWI DLB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(Document 39) |

      Plaintiff Manuel Quiroga ("Plaintiff"), a prisoner proceeding pro se and in forma pauperis, filed this civil rights action on June 5, 2011.  Pursuant to the Court's August 24, 2012, order, Plaintiff filed a First Amended Complaint on September 17, 2012.  This action is proceeding against Defendant Barry Green for violation of the Eighth Amendment.

      Pursuant to the August 29, 2013, Discovery and Scheduling Order, the dispositive motion deadline was March 27, 2014.

      On March 27, 2014, Defendant filed a motion to modify the Discovery and Scheduling Order. Defendant seeks a twenty (20) day extension of the dispositive motion deadline, up to and including April 16, 2014.

      The Court deems the matter suitable for disposition without an opposition.  Local R.. 230(l).

1

Defendant's counsel states that over the past several months, she has been analyzing Plaintiff's voluminous medical records, answering discovery and working on the motion for summary judgment. However, based on her unexpected absences, as well as Defendant's location out of state, counsel requests an additional twenty (20) days to file dispositive motions.  Hung Decl. ¶¶ 3-4.

Defendant has demonstrated good cause and his motion is GRANTED.  Any and all dispositive motions must be filed on or before **APRIL 16, 2014.**

IT IS SO ORDERED.

Dated:   **April 1, 2014**                     /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE