UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL QUIROGA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>BARRY GREEN, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:11cv00989 AWI DLB (PC)<br><br>ORDER DENYING PLAINTIFF'S<br>MOTION TO COMPEL<br><br>(Document 41) |

　　　　Plaintiff Manuel Quiroga ("Plaintiff"), a prisoner proceeding pro se and in forma pauperis, filed this civil rights action on June 5, 2011. Pursuant to the Court's August 24, 2012, order, Plaintiff filed a First Amended Complaint on September 17, 2012. This action is proceeding against Defendant Barry Green for violation of the Eighth Amendment.

　　　　Pursuant to the August 29, 2013, Discovery and Scheduling Order, the discovery cut-off was January 27, 2014.

　　　　On January 27, 2014, Plaintiff filed a Motion to Compel Defendant to provide "adequate responses" to his first set of interrogatories. Plaintiff provided no further information in the motion and the Court denied the motion without prejudice on March 14, 2014.

1

Also on March 14, 2014, Plaintiff filed a document entitled, "Request for Court Review." The motion requested that the Court review Defendant's interrogatory responses and set a trial date. The Court denied the motion on March 20, 2014.

On March 31, 2014, Plaintiff filed a document entitled, "Demand Writ (Habeas Corpus) To Fully Examine and Receive Complete Responses to Interrogative Quaries [sic]." Plaintiff states that he has received the Court's prior two rulings on his discovery motions and remains unsatisfied with Defendant's responses. Plaintiff continues to argue, without sufficient explanation, that Defendant's responses are "incomplete" and contain "possible lies." The Court construes this as another motion to compel.

Again, Plaintiff does not identify what discovery is at issue, or why Plaintiff believes it to be deficient. Accordingly, Plaintiff's motion is DENIED.
IT IS SO ORDERED.

Dated:   **April 10, 2014**             /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE