UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL QUIROGA, <br><br>    Plaintiff, <br>   v. <br><br> BARRY GREEN, et al., <br><br>    Defendants. | Case No.: 1:11cv00989 AWI DLB (PC) <br><br> ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR STATEMENT OF NON-OPPOSITION, WITHIN THIRTY (30) DAYS |

Plaintiff Manuel Quiroga ("Plaintiff"), a prisoner proceeding pro se and in forma pauperis, filed this civil rights action on June 5, 2011. This action is proceeding against Defendant Barry Green for violation of the Eighth Amendment.

On April 16, 2014, Defendant filed a motion for summary judgment.

Plaintiff has not opposed the motion.

Accordingly, Plaintiff is ORDERED to either oppose the motion or file a statement of non-opposition within thirty (30) days of the date of service of this order. Plaintiff is advised to follow Federal Rule of Civil Procedure 56 and Local Rule 260 in opposing the motion.

Defendant's reply, if any, will be due within fourteen (14) days of the date of service of Plaintiff's opposition.

1

<u>Failure to file an opposition will result in the motion for summary judgment being decided without the benefit of any input from Plaintiff.</u>

IT IS SO ORDERED.

Dated:  **August 4, 2014**               /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE